UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JONATHAN LYNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PUTNAMVILLE CORRECTIONAL ) <br> FACILITY EMPLOYEES, OFC. JENKINS, ) <br> et al., ) <br> ) <br> Defendants. ) | 2:09-cv-170-WTL-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 11/30/2009

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Copies to:

JONATHAN LYNCH
966882
PUTNAMVILLE CORRECTIONAL FACILITY
1946 West U.S. 40
Greencastle, IN 46135

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana